**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LISA ANN ACIERNO,

     Plaintiff,

v.

                                  Case No. 8:24-cv-2470-KKM-KKM

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

_____

## <u>ORDER</u>

The United States Magistrate Judge recommends reversal of the Social Security Administration's denial of Lisa Ann Acierno's claim for Disability Insurance Benefits and remand for further proceedings. Specifically, the remand is recommended to allow the Administrative Law Judge to explain Acierno's mental limitations in the Administrative Law Judge's residual functional capacity analysis. *See* R&R (Doc. 22). The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate

judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any opposition to the recommendation and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation in full. Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 22) is **ADOPTED** and made a part of this Order for all purposes.

2. The Commissioner's decision denying Acierno's claim for Disability Insurance Benefits is **REVERSED** and the action is **REMANDED** to the Commissioner for further administrative proceedings consistent with the reasons stated in the Report and Recommendation.

3. The Clerk is directed to **ENTER** judgment, which shall read, "The Commissioner's decision is reversed, and this action is remanded for further proceedings." The clerk is directed to **TERMINATE** any pending motion and to **CLOSE** this case.

4. The Clerk is directed to **SUBSTITUTE** Frank Bisignano, Commissioner of Social Security, as the defendant in this suit.

**ORDERED** in Tampa, Florida, on February 18, 2026.

Kathryn Kimball Mizelle
United States District Judge